UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michael S. Dietz, | ) | Civil No. 12-1628 (JNE/JJG) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| Irwin L. Jacobs, Jacobs Management Corporation, Jacobs Trading, LLC, John Paul DeJoria, Tom Grimmett, and Operation Bass, Inc., | ) ) ) ) ) | |
| Defendants. | ) | |

On October 15, 2014, the parties filed a joint Stipulation of Dismissal with Prejudice [Docket No. 40]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: October 23, 2014

                                                                            s/Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                           United States District Judge